# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES WIDTFELDT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV30 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA STATE BAR | ) | ORDER |
| ASSOCIATION, NEBRASKA | ) | |
| MEDICAL ASSOCIATION, STATE OF | ) | |
| NEBRASKA, CITY OF ATKINSON, | ) | |
| PAUL CORKLE, Mayor, LARBY, | ) | |
| Officer, JANET L. KROTTER- | ) | |
| CHVALA, ANDREW J. HOFFMAN, | ) | |
| Lawyer, JEFFREY P. GALYEN, | ) | |
| Lawyer, STEVEN A. BREWSTER, | ) | |
| Lawyer, ASHLEY D. BOETTCHER, | ) | |
| Lawyer, ALAN BRODBECK, Judge, | ) | |
| MICHELLE MOSER, IRS Agent, | ) | |
| GEORGE MOYER, Lawyer, JOHN | ) | |
| BRUNING, Lawyer, U.S. | ) | |
| DEPARTMENT OF JUSTICE, and | ) | |
| CENTER FOR DISEASE CONTROL, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Harding & Shultz, PC, LLO's (the "Firm") Motion to Withdraw (filing 45) as counsel for Defendant Nebraska State Bar Association.  Upon the representation that said Defendant will remain represented in this action, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1.    The Motion to Withdraw (filing 45) is granted.

2.    The Clerk of Court is directed to terminate the Firm's appearance as counsel for Defendant Nebraska State Bar Association and to terminate future notices to the Firm in this action.

**DATED March 30, 2015.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**