IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES WIDTFELDT, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV30 |
| | ) | |
| V. | ) | |
| | ) | |
| NEBRASKA STATE BAR ASSOCIATION, NEBRASKA MEDICAL ASSOCIATION, STATE OF NEBRASKA, CITY OF ATKINSON, PAUL CORKLE, Mayor, LARBY, Officer, JANET L. KROTTER-CHVALA, ANDREW J. HOFFMAN, Lawyer, JEFFREY P. GALYEN, Lawyer, STEVEN A. BREWSTER, Lawyer, ASHLEY D. BOETTCHER, Lawyer, ALAN BRODBECK, Judge, MICHELLE MOSER, IRS Agent, GEORGE MOYER, Lawyer, JOHN BRUNING, Lawyer, U.S. DEPARTMENT OF JUSTICE, and CENTER FOR DISEASE CONTROL, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

The law firm Harding & Shultz P.C., LLO (the "Firm") has moved to withdraw as counsel for Defendants City of Atkinson, Paul Corkle, Timothy Larby, Janet Krotter-Chvala, Andrew Hoffman, Jeffrey Galyen, Steven Brewster and Ashley Boettcher. Upon the representation that said Defendants will remain represented in this matter, the Motion to Withdraw (filing 48) will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 48) is granted.

2. The Clerk of Court shall terminate the Firm's appearance as counsel for the above-referenced Defendants and shall terminate future notices to the Firm in this matter.

**DATED April 13, 2015.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**